THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. ROTH, Appellant, *v.* JAMES E. KANE, as Treasurer of the City of Rochester, et al., Respondents.

(Argued June 1, 1931; decided June 16, 1931.)

*William A. Ader* and *John F. Kinney* for appellant.

*Clarence M. Platt, Corporation Counsel (George B. Draper* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.